IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEANDRA FRANKLIN, on behalf of Plaintiff and a class, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| NORTHERN STAR LENDING LLC; CRYSTAL CHAPMAN-CHEVALIER; WOLF RIVER DEVELOPMENT COMPANY; and JOHN DOES 1-20, | ) ) ) ) ) |
| Defendants. | ) |

1:25-cv-00173-SEB-MJD

> Acknowledged. Plaintiff's individual claims against Defendants are dismissed with prejudice. Plaintiff's class claims are dismissed without prejudice. The claims against Defendants John Does 1-20 are dismissed without prejudice
>
> Date: 5/22/2025
>
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

## STIPULATION TO DISMISS

Now come the Parties, Plaintiff Deandra Franklin ("Plaintiff") and Defendants Northern Star Lending LLC, Crystal Chapman-Chevalier, and Wolf River Development Company (collectively, "Defendants") by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants with prejudice. Plaintiff's class claims are dismissed without prejudice. The Parties are to bear their own costs. Plaintiff's claims against Defendants John Does 1-20 are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| *s/ Heather Kolbus* | *s/ Mark Bogdanowicz (with consent)* |
| Daniel A. Edelman | Mark Bogdanowicz |
| Heather Kolbus | SPENCER FANE LLP |
| Alexandra R. Huzyk | 1000 Walnut, Suite 1400 |
| EDELMAN, COMBS, LATTURNER | Kansas City, MO 64106 |
|     & GOODWIN, LLC | (816) 474-8100 |
| 20 S. Clark Street, Suite 1800 | mbogdanowicz@spencerfane.com |
| Chicago, IL 60603 | |
| (312) 739-4200 | *Counsel for Defendants Northern Star Lending* |
| (312) 419-0379 (FAX) | *LLC, Crystal Chapman-Chevalier, and* |
| | *Wolf River Development Company* |
| *Counsel for Plaintiff Deandra Franklin* | |

1

## CERTIFICATE OF SERVICE

  I, Heather Kolbus, hereby certify that on May 19, 2025, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system which sent notice via email to all counsel of record.

           *s/ Heather Kolbus*
           Heather Kolbus

Daniel A. Edelman
Heather Kolbus
Alexandra R. Huzyk
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
20 South Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com